**Opinion issued December 5, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00862-CV

————————————

**RICK RAMBO AND FRANCES RAMBO, Appellants**

**V.**

**ELIZABETH HOWARD CROWELL, Appellee**

On Appeal from the 55th District Court
Harris County, Texas
Trial Court Case No. 2013-14192

## MEMORANDUM OPINION

Appellants, Rick Rambo and Frances Rambo, have filed an agreed motion to dismiss the appeal. No opinion has issued. Accordingly, we reinstate the appeal, grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.